**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11:26-cv-21047-DPG**

**MIGUEL FRANK DE LA TORRE PARDO,**

      **Plaintiff,**

**v.**

**JTCW INVESTIMENTS, LLC,**

      **Defendant.**

_____/

**DEFENDANT'S REPORT REGARDING NOTICE OF COURT PRACTICE**

Pursuant to the Court's Notice of Court Practice dated February 18, 2026 [ECF No. 5], Defendant, JTCW INVESTIMENTS, LLC, does **not** agree to (1) remediate the deficiencies identified in the Complaint, (2) the entry of an injunction to ensure future compliance, and (3) to pay Plaintiff's reasonable attorney's fees and costs, as determined by the Court or agreement by the parties.

Respectfully submitted this 14th of April 2026.

By:   /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)
E-mail: diane@dianeperezlaw.com
Secondary : greyes@dianeperezlaw.com
**DIANE PEREZ, P.A.**
100 Almeria Ave., Suite 201
Coral Gables, Florida 33134
Telephone: (305) 985.5676
**Attorney for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is

being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:     /s/ Diane P. Perez
Diane P. Perez, B.C.S. (41869)

**Service List**
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, FL 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary e-mail: ajp@perezlawgroup.com
Secondary e-mails: jr@ajperezlawgroup.com, mds@ajperezlawgroup.com
**Attorney for Plaintiff**